THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual; KATIE M. HOLMSTROM, an individual; and TESSA V. GEHARDT, an individual,<br><br>Plaintiffs,<br>v.<br><br>EQUILON ENTERPRISES, LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. C11-1553-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case has been remanded for a new trial. (*See* Dkt. Nos. 220, 221.) The new jury trial in this case is hereby SET for Monday, January 29, 2018 at 9:30 a.m. No further discovery or motions practice shall be permitted. The proposed pretrial order, trial briefs, proposed voir dire, proposed jury instructions, and proposed verdict forms shall be submitted by Monday, January 22, 2018. Objections or responses to any pretrial filings shall be submitted by Wednesday, January 24, 2018. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for

1   challenging each contested instruction.

2         DATED this 18th day of May 2017.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk