THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual; KATIE M. HOLMSTROM, an individual; and TESSA V. GEHARDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. C11-1553-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby RESETS the date of the parties' jury trial to **March 26, 2018 at 10:00 am**. The Court also RESETS the pretrial deadlines as follows:

1. The proposed pretrial order is due on or before March 16, 2018.
2. Trial briefs, proposed voir dire, proposed jury instructions, and proposed verdict forms shall be submitted by March 19, 2018. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested

MINUTE ORDER
C11-1553-JCC
PAGE - 1

1         instruction.

2     DATED this 17th day of January 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C11-1553-JCC
PAGE - 2