THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual, and TESSA V. GEHARDT an individual,<br><br>                      Plaintiffs,<br>    v.<br><br>EQUILON ENTERPRISES, LLC, d/b/a/ SHELL OIL PRODUCTS US, a Delaware Limited Liability Company,<br><br>                      Defendant. | CASE NO. C11-1553-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court hereby gives notice to the parties of a trial conflict due to criminal matters scheduled in the same timeframe as trial in this matter. Given this conflict, trial in this case will be continued. Counsel is DIRECTED to meet and confer regarding a new trial date and to propose a new date to the Court within 14 days of the issuance of this order. Tentative dates the Court has available fall between October 22, 2018 and December 17, 2018.

//
//
//

MINUTE ORDER
C11-1553-JCC
PAGE - 1

1       DATED this 20th day of February 2018.

                                          <u>William M. McCool</u>
                                          Clerk of Court

                                          <u>s/Tomas Hernandez</u>
                                          Deputy Clerk

MINUTE ORDER
C11-1553-JCC
PAGE - 2