UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual, and TESSA V. GEHARDT an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, d/b/a/ SHELL OIL PRODUCTS US, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. C11-1553-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' letter requesting perpetuation depositions and attorney's fees (Dkt. No. 237). Having thoroughly considered the parties' letter briefs, the Court GRANTS Plaintiffs' request to take videotaped perpetuation depositions of witnesses Connie Gaind and Heather Zielstra. (Dkt. No. 237 at 1.) At this time, the Court will not impose the limitations Defendant requests. (*See* Dkt. Nos. 237 at 2, 238 at 2.) The Court DENIES Plaintiffs' request to award attorney fees. (Dkt. No. 237 at 3.)

//

//

//

//

DATED this 21st day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE