THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual; and TESSA V. GEHARDT, an individual,<br><br>Plaintiffs,<br>v.<br><br>EQUILON ENTERPRISES, LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. C11-1553-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The jury trial in this matter is hereby CONTINUED from to March 26, 2018 to December 3, 2018. Case management dates are RESET as follows: the proposed pretrial order is due by November 19, 2018; trial briefs, proposed voir dire, proposed jury instructions, and proposed verdict forms shall be submitted by November 26, 2018. The parties shall indicate which proposed jury instructions they agree upon and which are contested, along with the basis for challenging each contested instruction.

//
//

MINUTE ORDER
C11-1553-JCC
PAGE - 1

1        DATED this 7th day of March 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk