UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, *et al.*, | CASE NO. C11-1553-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHELL OIL COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ORDERS counsel for all parties to appear for a status conference at 9:00 A.M. on October 30, 2018 for the purpose of setting a new trial date.

DATED this 10th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C11-1553-JCC
PAGE - 1