UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL A. PRICE, an individual; and TESSA V. GEHARDT, an individual,,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware Limited Liability Company, ,<br><br>Defendant. | CASE NO. C11-1553 MJP<br><br>ORDER GRANTING STIPULATED EXTENSION OF DISCOVERY DEADLINE |

Based on the parties' stipulation, the Court hereby grants the limited request to extend the discovery deadline to permit the parties to conduct the deposition of Cliff Blanchard—a witness who resides in Louisiana—on June 6, 2019. No other changes to the discovery deadline or the Court's schedule are permitted.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 20, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge